520 F.2d 1405
 Joseph LOWE, Jr., Petitioner-Appellant,
v.
Joseph S. HOPPER, Warden, Respondent-Appellee.
 No. 75-2270
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Sept. 24, 1975.
 John J. Sullivan, Savannah, Ga., for petitioner-appellant.
 Arthur K. Bolton, Atty. Gen., John B. Ballard, Jr., Atlanta, Ga., for respondent-appellee.
 Before BROWN, Chief Judge, and GODBOLD and GEE, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment appealed from is affirmed for the reasons stated in the district court's final order, reported as Lowe v. Hopper, S.D.Ga., 1975, --- F.Supp. ---.
 
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I